

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00264-CV

_____

IN THE INTEREST OF L.D. AND Z.D., CHILDREN

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 23-5748-393

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

## MEMORANDUM OPINION

Alleged father, B.D., attempts to appeal from the trial court's Order Extending Emergency Orders Pursuant to Texas Family Code § 262.103 (Order). This Order—which was agreed to in writing by B.D., Mother, and the Department of Family and Protective Services—extended the temporary emergency orders previously entered by the trial court in which it had named the Department as temporary managing conservator of the children. *See* Tex. Fam. Code Ann. § 262.201(e) (allowing the trial court to extend both the deadline for an adversary hearing and the temporary emergency orders until the rescheduled hearing).

We notified B.D. and his attorney of our concern that we lacked jurisdiction over this appeal because the Order did not appear to be a final judgment or appealable interlocutory order and explained that we could dismiss the appeal unless we received a response showing grounds for continuing the appeal. We received no response.

We may consider appeals only from final judgments or from interlocutory orders made immediately appealable by the Texas Legislature. *See Bonsmara Nat. Beef Co. v. Hart of Tex. Cattle Feeders, LLC*, 603 S.W.3d 385, 390 (Tex. 2020). Temporary orders entered in a SAPCR are not appealable, interlocutory orders. Tex. Fam. Code Ann. § 105.001(e); *Dancy v. Daggett*, 815 S.W.2d 548, 549 (Tex. 1991) (orig. proceeding); *In re K.S.*, No. 02-20-00409-CV, 2021 WL 126596, at *1 (Tex. App.—Fort Worth Jan. 14, 2021, no pet.) (per curiam) (mem. op.).

Thus, we do not have jurisdiction over B.D.'s attempted appeal, and we dismiss it. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Interest of L.D.*, No. 02-21-00050-CV, 2021 WL 1421425, at *1 (Tex. App.—Fort Worth Apr. 15, 2021, no pet.) (per curiam) (mem. op.).

/s/ Brian Walker

Brian Walker
Justice

Delivered: September 28, 2023

3